Chapin J. Bishop

*v.*

Horatio Nelson *et al.*

JUDICIAL POWER—*by whom to be exercised.* Parties to a suit can not confer judicial functions upon an individual and clothe him with judicial power to decide a cause pending in court, not as an arbitrator but as a judge; and when this is done, and he does decide the case, and the judge of the court carries out his decision by entering the judgment such person had reached, it will be reversed.

APPEAL from the Superior Court of Cook county; the Hon. Joseph E. Gary, Judge, presiding.

Mr. H. H. Thomas, for the appellant.

Mr. William B. Gibbs, and Mr. Josiah Grant, for the appellees.

Per Curiam: The judgment in this case is reversed, on the authority of *Hoagland* v. *Creed,* 81 Ill. 506, wherein it was held that parties could not stipulate to confer judicial functions upon an individual, and clothe him with judicial power. This was not an arbitration, Mr. Wood being the arbitrator mutually chosen, but it was an attempt to confer upon him the power of a judge, to decide the pending case, and he did decide it, the court carrying out his decision by entering the judgment he had reached, and not his own judgment. There is no authority for this proceeding, and the judgment must be reversed, and the cause remanded.

*Judgment reversed.*